|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LINDSEY ABRAMS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | Case No.: C 07-5378 PVT |
|---|---|---|
|   | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) |   |
|   | ) |   |
| FACEBOOK, INC., | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |

On December 13, 2007, the parties filed a proposed Stipulated Entry of Judgment of Dismissal with Prejudice and General Release ("Stipulation for Judgment"). This case has been assigned to a Magistrate Judge. Before the court takes any action on the Stipulation for Judgment, the court must determine whether all of the parties consent to Magistrate Judge jurisdiction or whether any of the parties request reassignment to a District Judge.[1] Therefore,

IT IS HEREBY ORDERED that, no later than December 21, 2007, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available

---

[1] Magistrate Judges have authority to enter judgment only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: *12/14/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge