UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDSEY ABRAMS, individually and on behalf of a class of similarly situated individuals.

Plaintiff(s),

v.

FACEBOOK, INC., a Delaware corporation,

Defendant(s).

No. C 07-5378 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 20, 2007

Signature s/Michael G. Rhodes

Counsel for FACEBOOK, INC.
(Plaintiff, Defendant, or indicate "pro se")

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

| | |
|---|---|
| Alan Himmelfarb | email: Consumerlaw1@earthlink.net |
| Myles P. McGuire | email: myles@blimlaw.com |
| Ethan Mark Preston | email: ep@eplaw.us<br>epreston@kamberedelsonlaw.com |

I am also personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 20th day of December, 2007.

Jay Edelson
KamberEdelson LLP
53 West Jackson Blvd
Suitye 1530
Chicago, IL 60604

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
C07 5378 PVT