**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                              408.535.5364

**December 20, 2007**

**CASE NUMBER:  CV 07-05378 PVT**
**CASE TITLE:  LINDSEY ABRAMS-v-FACEBOOK INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/20/07

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    _____
                                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects
Log Book Noted                                                       Entered in Computer 12/20/07 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                            Transferor CSA