UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDSEY ABRAMS, individually and on behalf of a class of similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,,<br><br>Defendant. | Case No. 5:07-cv-05378 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION (A) TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND (B) FOR LEAVE TO CONDUCT DISCOVERY THEREFOR.** |

THE COURT, having considered Defendant Facebook Inc.'s ("Facebook") *Ex Parte* Application to Continue Hearing on Plaintiff's Application for Attorney's Fees and For Leave to Conduct Discovery Therefor, filed May 28, 2008, and finding cause therefore, hereby orders that Facebook's Application is **GRANTED** as follows:

(1)   Facebook shall be permitted to take reasonable discovery of Plaintiff related to Plaintiff's Application for Attorneys' Fees Pursuant To Stipulated Entry Of Judgment Of Dismissal;

(2)   Facebook shall be permitted to take depositions of the expert witnesses retained by Plaintiff; and

(3)   the hearing date for the evidentiary hearing on Plaintiff's Application for Attorneys' Fees Pursuant To Stipulated Entry Of Judgment Of Dismissal shall be continued to September 19, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Hon. Jeremy Fogel
United States District Court Judge

| | |
|---|---|
| 1 | Submitted by: |
| 2 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 3 | 4401 Eastgate Mall |
| | San Diego, CA  92121 |
| 4 | Telephone:    (858) 550-6000 |
| | Facsimile:    (858) 550-6420 |
| 5 | |
| | Of Counsel: |
| 6 | ROBERT R. VIETH (Virginia-24304) (rvieth@cooley.com) |
| | One Freedom Square |
| 7 | Reston Town Center |
| | 11951 Freedom Drive |
| 8 | Reston, VA  20190-5656 |
| | Telephone:    (703) 456-8000 |
| 9 | Facsimile:    (703) 456-8100 |
| 10 | |
| | Attorneys for Defendant |
| 11 | FACEBOOK, INC. |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

PROPOSED ORDER TO TAKE DISCOVERY AND
ENLARGE HEARING DATE
C 07-05378 JF