# EXHIBIT 2

```
 1  COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  4401 Eastgate Mall
    San Diego, CA 92121
 3  Telephone:   (858) 550-6000
    Facsimile:   (858) 550-6420
 4
    Of Counsel:
 5  ROBERT R. VIETH (Virginia-24304) (rvieth@cooley.com)
    One Freedom Square
 6  Reston Town Center
    11951 Freedom Drive
 7  Reston, VA 20190-5656
    Telephone:   (703) 456-8000
 8  Facsimile:   (703) 456-8100
 9
10  Attorneys for Defendant
    FACEBOOK, INC
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LINDSEY ABRAMS, individually and on behalf of a class of similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,,<br><br>Defendant. | Case No. 5:07-cv-05378 JF<br><br>**DEFENDANT FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF LINDSEY ABRAMS** |

**PROPOUNDING PARTY:**   FACEBOOK, INC.

**RESPONDING PARTY:**   LINDSEY ABRAMS

**SET NUMBER:**   ONE

Pursuant to Federal Rule of Civil Procedure 33, Defendant Facebook, Inc. ("FACEBOOK") hereby requests that Plaintiff Lindsey Abrabs answer separately and truthfully

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

21228 v1/BN

FIRST SET OF INTERROGATORIES
C 07-05378 JF

in writing under oath within 30 days of service hereof each of the Interrogatories set forth below in accordance with the following Definitions and Instructions set forth below.

I.  **DEFINITIONS.**

Words in CAPITALS are defined as follows:

1. YOU or YOUR mean Plaintiff Lindsey Abrams.

2. FACEBOOK MATTER means the above-captioned proceeding.

3. COMPLAINT means the Class Action Complaint filed in the FACEBOOK MATTER on October 22, 2007.

4. KAMBEREDELSON ATTORNEY means any partner, associate, counsel or other attorney affiliated with the law firm KamberEdelson, LLC that performed any work in connection with the FACEBOOK MATTER, including any investigation, research, or any other work performed in preparation of filing the COMPLAINT.

5. KAMBEREDELSON STAFF means any employee or independent contractor of the law firm KamberEdelson, LLC that performed any work in connection with the FACEBOOK MATTER, including any investigation, research, or any other work performed in preparation of filing the COMPLAINT.

6. The connectives "and" and "or" shall be construed either disjunctively or conjunctively, as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

7. The word "each" as used herein includes the word "every," and the word "every" herein includes the word "each," as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

8. The word "any" as used herein includes the word "all," and the word "all" herein includes the word "any," as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

9. The word "all" as used herein includes the word "each," and the word "each" herein includes the word "all," as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

21228 v1/BN

2.

FIRST SET OF INTERROGATORIES
C 07-05378 JF

**10.** The term "in connection with" as used herein means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, depicting, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or part), as the context makes appropriate.

**11.** Wherever used herein, the singular shall include the plural and the plural shall include the singular.

## II. INSTRUCTIONS

**1.** With respect to any claim of privilege by you regarding any information, document, or communication sought by any of FACEBOOK's Interrogatories, you are hereby requested, to identify each such communication, information, or document withheld on grounds of an alleged privilege, and specifically set forth the following:

(a) the nature and basis of the privilege claimed;

(b) the author(s);

(c) the addressee(s), including the recipients of copies;

(d) the date of the communication, document, or information;

(e) the subject matter of the communication, document, or information;

(f) if the privilege claimed is the attorney-client privilege, an indication of which author(s) or addressee(s) is/are attorneys; and

(g) any other information necessary to support the claim of privilege.

**2.** If you find the meaning of any term in these Interrogatories to be unclear, you should assume a reasonable meaning, state what that assumed meaning is and respond to the request on the basis of that assumed meaning.

**3.** If you object to any subpart of an Interrogatories or object to providing certain information requested, state your objection and answer the unobjectionable subpart(s).

**4.** The following Interrogatories are continuing and you are reminded of your obligation for timely supplementation pursuant to rule 26(e) of the Federal Rules of Civil Procedure.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

21228 v1/BN

3.

FIRST SET OF INTERROGATORIES
C 07-05378 JF

III. **INTERROGATORIES.**

1. State the name and title of each KAMBEREDELSON ATTORNEY and KAMBEREDELSON STAFF.

2. State the number of hours each KAMBEREDELSON ATTORNEY and KAMBEREDELSON STAFF spent performing any work in connection with the FACEBOOK MATTER, including any investigation, research, or any other work performed in preparation of filing the COMPLAINT.

3. Describe all tasks performed by each KAMBEREDELSON ATTORNEY and KAMBEREDELSON STAFF in connection with the FACEBOOK MATTER, including any investigation, research, or any other work performed in preparation of filing the COMPLAINT.

4. State the standard billing rates for each KAMBEREDELSON ATTORNEY and KAMBEREDELSON STAFF.

5. Identify all fees, expenses, and costs paid or incurred by Plaintiff Abrams or the law firm KamberEdelson, LLC in connection with any expert witness retained by Plaintiff Abrams or the law firm KamberEdelson, LLC in connection with the FACEBOOK MATTER, including fees, expenses, and costs related to the retainer of such expert witness, the preparation of expert witness reports, and any investigation, research, or any other work performed by the expert witness, including work performed in preparation of filing the COMPLAINT.

6. Identify all other fees, expenses, and costs paid or incurred by Plaintiff Abrams or the law firm KamberEdelson, LLC in connection with the FACEBOOK MATTER, including any investigation, research, or any other work performed in preparation of filing the COMPLAINT.

7. State the total amount of fees, expenses, and costs invoiced by the law firm KamberEdelson, LLC to Plaintiff Abrams in connection with the FACEBOOK MATTER.

8. State whether Plaintiff Abrams made any complaints to FACEBOOK or otherwise communicated to FACEBOOK concerning any of the allegations in the COMPLAINT prior to October 22, 2007. If so, describe in detail the nature and content of such complaints or communications.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

21228 v1/BN    4.    FIRST SET OF INTERROGATORIES
C 07-05378 JF

1  9. State the phone number associated with Plaintiff Abrams's wireless phone that
2  allegedly received the text messages that are the subject of the COMPLAINT.

Dated: June 9, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
ROBERT R. VIETH (Virginia-24304

By: /s/ Michael G. Rhodes
      MICHAEL G. RHODES

Attorneys for Defendant
FACEBOOK, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

21228 v1/BN

5.

FIRST SET OF INTERROGATORIES
C 07-05378 JF

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. My e-mail address is maraujo@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**DEFENDANT FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF LINDSEY ABRAMS**

☒ (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

569246 v2/SD                                1.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1  Jay Edelson, Esq.
2  Kamberedelson, LLC
   53 West Jackson Blvd., suite 550
3  Chicago, IL  60604
   Attorneys for Plaintiff LINDSEY
4  ABRAMS

6  I declare under penalty of perjury under the laws of the State of California that the above
7  is true and correct.

8  Executed on June 9, 2008, at San Diego, California.

                                              _____
                                              Marcie Araujo

Cooley Godward
Kronish LLP
Attorneys At Law
San Diego

569246 v2/SD                          2.
                            **Proof of Service**