COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
4401 Eastgate Mall
San Diego, California 92121
Telephone:    (858) 550-6017
Facsimile:    (858) 550-6420
Email: rhodesmg@cooley.com

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LINDSEY ABRAMS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> Defendant. | Case No.  C 07-05378 PVT <br><br> **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

**WHEREAS,** on January 23, 2008, the Court entered the parties' stipulated entry of judgment and dismissal with prejudice of this action;

**WHEREAS,**  pursuant thereto, on May 8, 2008, plaintiff Lindsey Abrams ("plaintiff") subsequently filed an application for an award of attorneys' fees and costs and, after defendant Facebook, Inc.'s ("Facebook") *ex parte* application was granted on June 16, 2008, the Court set a hearing on plaintiff's fee application for September 19, 2008;

**WHEREAS,** counsel for the parties have since met and conferred and have reached a confidential resolution of plaintiff's fee petition and accordingly hereby notify the Court that:

**IT IS HEREBY STIPULATED** by and between the parties herein, through their respective

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

C:\WINDOWS\Temporary Internet Files\OLK1E2\SD-#594888-v1-mgr_facebook_fee_dismissal.DOC

STIPULATED ENTRY OF JUDGMENT OF
DISMISSAL WITH PREJUDICE GENERAL RELEASE
C 07-05378 PVT

counsel of record, subject to the express approval of the Court, as follows:

1.    Plaintiff's application for attorneys' fees and costs, filed on May 8, 2008, is hereby withdrawn by plaintiff with prejudice and the hearing scheduled for September 19, 2008 is taken off calendar.

2.    In exchange for the confidential payment for attorneys' fees which plaintiff acknowledges has been received as of the date hereof, plaintiff, on behalf of herself and her lawyers of record, hereby confirm that this action is now resolved in its entirety pursuant to this Stipulation and Order and the Order of dismissal dated January 23, 2008 and that no further relief, monetary or otherwise of any kind or nature, can or shall be sought in connection herewith, and further expressly fully, completely and generally forever release Facebook and its agents, employees, representatives, predecessors, successors, affiliates, parent and subsidiary entities, assigns, shareholders, officers, directors, attorneys, insurers, heirs, executors and administrators, from any and all claims or rights to attorneys' fees, costs or expenses of any kind or nature incurred in connection with this action.   The parties and their counsel agree to maintain as confidential the amount of the attorneys' fees payment.

3.    Having obtained the express permission and consent of their respective clients, the undersigned counsel-of-record hereby consent to the terms and conditions set forth above by signing below.

Dated: July 14, 2008                            Respectfully submitted,

                                                COOLEY GODWARD KRONISH LLP
                                                MICHAEL G. RHODES (116127)


                                                _Michael G Rhodes_
                                                Michael G. Rhodes (116127)
                                                Attorneys for Defendant
                                                FACEBOOK, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

C:\WINDOWS\Temporary Internet Files\OLK1E2\SD-
#594888-v1-mgr_facebook_fee_dismissal.DOC

1.

STIPULATED ENTRY OF JUDGMENT OF
DISMISSAL WITH PREJUDICE GENERAL RELEASE
C 07-05378 PVT

Dated: July 14 2008

1
2
3
4
5
6
7
8

KAMBEREDELSON, LLC
JAY EDLESON
MYLES MCGUIRE


_____
Scott Kamber
Attorneys for Plaintiff
LINDSEY ABRAMS

9   IT IS SO ORDERED.

10  Dated: July __, 2008

11
12
13

_____
Judge, United States District Court

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

C:\WINDOWS\Temporary Internet Files\OLK1E2\SD-
#594888-v1-mgr_facebook_fee_dismissal.DOC

2.

STIPULATED ENTRY OF JUDGMENT OF
DISMISSAL WITH PREJUDICE GENERAL RELEASE
C 07-05378 PVT